# Court of Appeals
# of the State of Georgia

ATLANTA,  December 28, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0898. ANDREW M. HIGH v. THE STATE.**

Andrew M. High pled guilty to aggravated assault and criminal attempt to commit a felony, and the trial court entered sentence on October 26, 2017. On July 31, 2018, High filed a pro se notice of appeal.[1] The State has filed a motion to dismiss the appeal, arguing that the notice of appeal was untimely.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). High's notice of appeal – filed 278 days after entry of the sentencing order – is untimely. Accordingly, the State's motion to dismiss is hereby GRANTED and this appeal is DISMISSED.

Because High was represented by counsel before the trial court, he is informed of the following in accordance with *Rowland*:

This appeal has been dismissed because you failed to file a proper and timely notice of appeal.  If you still wish to appeal, you may petition the

---

[1] We note that High's pro se notice of appeal may be a nullity. "A criminal defendant in Georgia does not have the right to represent himself and also be represented by an attorney, and pro se filings by represented parties are therefore unauthorized and without effect." *Tolbert v. Toole*, 296 Ga. 357, 363 (3) (767 SE2d 24) (2014). Unless counsel formally withdraws, that representation is deemed to continue for a period of time. See *White v. State*, 302 Ga. 315, 319 (2) (806 SE2d 489) (2017) (representation is deemed to continue, at a minimum, through the end of the term in which sentence was entered).

trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

264 Ga. at 875-876 (2)

The Clerk of Court is DIRECTED to send a copy of this order to High and to his attorney, and the latter also is DIRECTED to send a copy to High.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__12/28/2018_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*